IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

**MARY E. THOMAS,**

        **Plaintiff,**

v.                                    Case No. 1:17cv240-MW/CAS

**NANCY A. BERRYHILL,**
**Acting Commissioner of**
**Social Security Administration,**

        **Defendant.**
_____/

## ORDER ACCEPTING REPORT AND RECOMMENDATION

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation. ECF No. 16. Upon consideration, no objections have been filed by the parties,

**IT IS ORDERED**:

The report and recommendation is **accepted and adopted** as this Court's opinion. The Clerk shall enter judgment stating, "The decision of the Commissioner to deny Plaintiff's applications for Social Security benefits is **AFFIRMED** and judgment entered for the Defendant." The Clerk shall close the file.

**SO ORDERED on May 15, 2018.**

                                                           **s/Mark E. Walker**
                                                           **United States District Judge**